UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Derek Merchant</u>

      v.                                   Civil No. 15-cv-158-JL

<u>FCI Berlin, Warden</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 22, 2015.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: November 19, 2015

cc:   Derek Merchant, pro se
       Seth R. Aframe, AUSA